IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LUIS MELENDEZ SERRANO,<br>     aka Duke,<br>KEVIN MELENDEZ SERRANO,<br>ALEX PENA MARTINEZ,<br>     aka 30,<br>WILLIAM RIVERA NOLASCO,<br>     aka 36, Midnight, Oso,<br>GERMAN LISANDRO BENITES MORENO,<br>     aka 19, Viejo Raro, Raro<br>MELANIE PINA VERDE,<br>     aka Mala,<br>JOSHUA JEREMY PALACIOS,<br>NILSON JONAS MONTECINOS,<br><br>Defendants. | CRIMINAL NO. MJM-25-312 |

## ORDER

It is this 25th day of February 2026, hereby

ORDERED, that the Superseding Indictment be **UNSEALED**.

Hon. Chelsea J. Crawford
United States Magistrate Judge

2